FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 11:23 am, Dec 07, 2020

AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMIE KENNETH HUTCHESON,

Plaintiff,

v.

GLYNN COUNTY DETENTION CENTER,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV219-70

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 3rd day of December 2020, the Report and Recommendation of the Magistrate Judge is Adopted as the opinion of this Court. Therefore, the Plaintiff's Complaint is Dismissed. Further, Plaintiff is Denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

December 7, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk



GAS Rev 10/2020